# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80026-T/P-HURLEY/BRANNON

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.

**PHILIP J. HOBLIN,**
    **Defendant.**
------------------------------------------/

## *ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING*

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 14], dated March 27, 2013. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Wednesday, April 3, 2013, at 2:30 p.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of March 2013.

**copy furnished:**
AUSA Stephanie Evans
AFPD Samuel J. Smargon
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge